# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Grissell Cruz,<br><br>    Plaintiff,<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>    Defendant. | Case No. 23-cv-37 (SRN/DJF)<br><br>**ORDER STAYING PROCEEDINGS** |

Pursuant to Fed. R. Civ. P. 6(b), for good cause shown, and in light of the parties' Stipulation to Stay Proceedings ("Stipulation") (ECF No. 24), the Court **APPROVES** the Stipulation **IN PART**. This entire matter is stayed pending the initial adjudication of Plaintiff's Social Security Disability Benefits ("SSDI") claim only. The stay will be lifted upon the initial adjudication of Plaintiff's SSDI claim, irrespective of any appeals. The parties shall file a joint letter updating the Court on the status of Plaintiff's SSDI claim within **7 days** after an initial determination of that claim is received, or by **March 1, 2024** if no decision is received before that date, and shall notify the Court within **7 days** if they negotiate a settlement.

   **SO ORDERED**.

Dated: September 1, 2023

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1